### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:17-cv-21596-JEM**

PAULINA PINEIRA,

       Plaintiff,

vs.

BARCLAYS BANK,

       Defendant.
_____/

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Paulina Pineira and Defendant Barclays Bank have reached a settlement of this dispute and are presently finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file appropriate dismissal documents with the Court.

Dated: June 14, 2017                Respectfully submitted,

                                          By: */s/Ana M. Barton*_____
                                             Ana M. Barton (FBN 85721)
                                             Email: abarton@reedsmith.com
                                                             bhernandez@reedsmith.com
                                             **REED SMITH LLP**
                                             1001 Brickell Bay Drive
                                             Suite 900
                                             Miami, FL  33131
                                             Telephone: +1 786 747 0200
                                             Facsimile: +1 786 747 0299

                                             *Counsel for Barclays Bank*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court via electronic filing using the CM/ECF system on this 14th day of June, 2017, which sent email notification of such filing to all CM/ECF participants, including: Steven C. Holzman, scholzmanlaw@gmail.com, 955 Brookdale Drive, Boynton Beach, Florida 33435.

By: */s/ Ana Maria Barton*
Ana Maria Barton