UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-21596-CIV-MARTINEZ-OTAZO-REYES

PAULINA PINEIRA,
    Plaintiff,

vs.

BARCLAYS BANK,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation for Voluntary Dismissal with Prejudice [ECF No. 11]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice** and without an award of costs or fees to any party. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of July, 2017.

                                                         JOSE E. MARTINEZ
                                                         UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record